UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

JIMMY SPEIGHT, JR.

RECEIVED
JUN 11 2021
U.S. Marshals Service, EDNC

WARRANT FOR ARREST

CRIMINAL CASE: 5:21-CR-00242-1D(2)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

JIMMY SPEIGHT, JR. and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment ____Superseding Indictment ______Criminal Information______Complaint

_____ Order of Court: _____Violation Notice_____Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm by a Convicted Felon

Peter A. Moore, Jr.
Name of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

JUNE 8, 2021 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 06/11/21 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 06/15/21 | K. Wylie, DUSM | by SB, USMS |

FILED
JUN 16 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY mLB DEP CLK